UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| DONALD LYLE STRATTON, | No. C09-5571 RJB/KLS |
|---|---|
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR COURT'S LOCAL RULES |
| JULIE BUCK, *et al.*, | |
| Defendants. | |

This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis*. Presently before the court is Plaintiff's motion for a copy of the court's local rules. Dkt. 4. Plaintiff is advised that the Clerk of the Court does not provide copies of the local court rules to litigants. The local rules of the Western District of Washington may be found on line at www.wawd.uscourts.gov.

Accordingly, Plaintiff's request for a copy of the local rules (Dkt. 4) is **DENIED**.

DATED this <u>10th</u> day of November, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1