1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISCTRICT OF WASHINGTON**

8

**AT TACOMA**

9    DONALD L. STRATTON,

10                              Plaintiff,                  NO. C09-5571 RJB/KLS

11      v.                                                  ORDER GRANTING PLAINTIFF'S
                                                            MOTION FOR CONTINUANCE TO
12    JULIE BUCK, *et al.,*                                 FILE RESPONSE TO DEFENDANT'S
                                                            MOTION TO DISMISS
13                              Defendants.

14          Before the Court is Plaintiff's Motion for Extension of Time.  Dkt. 30.  Plaintiff

15   requests that Defendants' Motion to Dismiss (Dkt. 25), presently noted for April 23, 2010 be
16
     re-scheduled for May 14, 2010.  Dkt. 30.  Plaintiff seeks additional time for research and to
17
18   prepare his response and proposed amended complaint.

19          Accordingly, it is **ORDERED:**

20          (1)     Plaintiff's motion for an extension of time (Dkt. 30) is **GRANTED**.

21          (2)     Plaintiff may file his response to the motion to dismiss (Dkt. 25) on or before
22
     **May 10, 2010**.
23
            (3)     Defendants' reply shall be due on or before **May 14, 2010**.
24
            (4)     The court clerk shall re-note the motion to dismiss (Dkt. 13) for the court's
25
26   consideration for **May 14, 2010**.

1    (5)    The Clerk is directed to send copies of this order to Plaintiff and counsel for

2  Defendants.

3    **DATED** this   19th   day of April, 2010.

4

5

6                                              Karen L. Strombom
                                               United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION TO          2
DISMISS