UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD L. STRATTON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JULIE BUCK, et al.,<br><br>　　　　　　　　　　Defendants. | No. C09-5571 RJB/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

　　1)　The Court **ADOPTS** the Report and Recommendation (Dkt. 48).

　　2)　Defendant Dale Brown's motion to dismiss (Dkt. 25) is **GRANTED** for Plaintiff's failure to exhaust administrative remedies and Plaintiff's claims against Dale Brown are **DISMISSED WITHOUT PREJUDICE**.

　　3)　The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 26th day of July, 2010.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1