UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD LYLE STRATTON,<br><br>                Plaintiff,<br><br>  v.<br><br>JULIE BUCK, DALE BROWN, and JOHN AND JANE DOE,<br><br>                Defendants. | No. C09-5571 RJB/KLS<br><br>ORDER DENYING PENDING MOTIONS |

This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.

Pending on the court's calendar are Plaintiff's motions to amend and for permissive joinder of parties. Dkts. 34 and 36. All claims against all named parties have been dismissed. Plaintiff's claims against Defendant Julie Buck were dismissed with prejudice and his claims against Defendant Dale Brown were dismissed without prejudice for failure to exhaust administrative remedies. Dkts. 49 and 50.

Accordingly, Plaintiff's motions (Dkts. 34 and 36) are **DENIED as moot.**


DATED this 2nd day of August, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1