UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD LYLE STRATTON,<br><br>                   Plaintiff,<br><br>  v.<br><br>JULIE BUCK, DALE BROWN, and<br>JOHN AND JANE DOE,<br><br>                   Defendants. | No. C09-5571 RJB/KLS<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

On August 2, 2010, the court entered an Order denying Plaintiff's pending motions to amend and for permissive joinder of parties (Dkts. 34 and 36). Dkt. 58. The motions were denied as moot because all claims against all named parties had been dismissed. Plaintiff's claims against Defendant Julie Buck were dismissed with prejudice and Plaintiff's claims against Defendant Dale Brown were dismissed without prejudice for failure to exhaust administrative remedies. Dkts. 49 and 50. Plaintiff argues he should still able to amend his complaint and add additional parties to claim that they failed to provide adequate medical care. Dkt. 59, p. 4.

**DISCUSSION**

Motions for reconsideration are disfavored and will ordinarily be denied in the "absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority

ORDER - 1

which could not have been brought to [the Court's] attention earlier with reasonable diligence." Local Rule CR 7(h)(1).   Plaintiff's case was dismissed and there are no exhausted claims to amend or to which parties may be added.  Plaintiff has identified no error in the court's order, nor presented any new facts or legal authority to show that reconsideration is inappropriate.

It is, therefore, **ORDERED:**

(1)     Plaintiff's motion for reconsideration (Dkt. 59) is **DENIED**.

(2)     The Clerk is directed to send copies of this Order to plaintiff and to counsel for Defendants.

**DATED** this   30th   day of August, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2