**EXHIBIT 1**

1
2
3
4
5
6
7
8                                                    The Honorable Robert J. Bryan
9                                               Magistrate Judge Karen L. Strombom

10                          **UNITED STATES DISTRICT COURT**
                          **WESTERN DISTRICT OF WASHINGTON**
11                                      **AT TACOMA**

12   DONALD LYLE STRATTON,                    NO.  C09-5571-RJB-KLS

13                          Plaintiff,        DECLARATION OF CLARA G. CURL

14          v.

15   JULIE BUCK, et al.,

16
                          Defendants.
17

18   I, CLARA G. CURL, make the following declaration:

19          1.      I have knowledge of the facts herein, am over eighteen years of age, and am

20   competent to testify to such facts. I am not a party to this lawsuit.

21          2.      I am the Grievance Program Manager in the Office of Correctional Operations,

22   Washington State Department of Corrections (DOC), located in Tumwater, Washington. My

23   official duties include responding to questions regarding the inmate grievance program statewide,

24   reviewing grievances appealed to Level III, reporting to DOC officials on the status of the

25   grievance program, and other duties related to this program.

26

3.      The Washington Offender Grievance Program (OGP) has been in existence since the early 1980s and was implemented on a department-wide basis in 1985. Attachment A, a true and correct copy of DOC Policy 550.100, Offender Grievance Program (OGP). At the time of entry into the DOC, an offender is provided with information regarding the OGP during the orientation process. Attachment B, a true and correct copy of the DOC Offender Grievance Program Manual.

4.      Under the OGP, inmates may file grievances on a wide range of issues relating to their incarceration. For example, inmates may file grievances challenging: 1) DOC institution policies, rules and procedures; 2) the application of such policies, rules and procedures; 3) the lack of policies, rules or procedures that directly affect the living conditions of the offender; 4) the actions of staff and volunteers; 5) the actions of other offenders; 6) retaliation by staff for filing grievances; and 7) physical plant conditions. An offender may not file a grievance challenging: 1) state or federal law; 2) court actions and decisions; 3) Indeterminate Sentence Review Board actions and decisions; 4) administrative segregation placement or retention; 5) classification/unit team decisions; 6) transfers; and 7) disciplinary actions.

5.      Under the OGP, a wide range of remedies are available to inmates. These remedies include: 1) possible restitution of property or funds; 2) correction of records; 3) administrative actions; 4) agreement by department officials to remedy an objectionable condition within a reasonable time; and 5) a change in a local or department policy or procedure.

6.      The grievance procedure consists of four levels of review:

Level 0 - Complaint or informal level. The grievance coordinator at the prison receives a written complaint from an offender on an issue about which the offender wishes to pursue a formal grievance. At this complaint level, the grievance coordinator pursues informal resolution, returns the complaint to the offender for rewriting, returns the complaint to the

offender requesting additional information, or accepts the complaint and processes it as a formal grievance. Routine and emergency complaints accepted as formal grievances begin at Level I, complaints alleging staff misconduct are initiated at Level II.

      Level I - Grievances against policy, procedure, or other offenders, and grievances processed as emergencies. The local grievance coordinator is the respondent at this level.

      Level II - Appeal. Inmates may appeal Level I grievances to Level II. Staff conduct grievances are initiated at this level. All appeals and initial grievances received at Level II are investigated and the prison superintendent is the respondent. Emergency grievances can only be appealed to Level II.

      Level III - Appeal. Inmates may appeal all Level II responses except emergency grievances to Department headquarters in Tumwater, where they are re-investigated. Administrators are the respondents.

      7.      Since March 1, 2005, offenders have 20 working days from the date of an incident to file a grievance. An exception to this filing timeframe is allowed if there is a valid reason for the delay. This timeframe does not apply to complaints against a specific written policy or procedure. The Grievance Coordinators are authorized to wave the normal twenty-day filing timeframe in which to submit a complaint if the offender presents documentation of his/her attempts to resolve a conflict through a contractor's review process and allows the coordinator to photocopy the documentation for the grievance record. Offenders have (5) working days from the time they receive a response to Level I and II grievances to appeal. An offender cannot appeal a Level III decision. An offender who wants to appeal a response of "non-emergency" to an Emergency Grievance must do so within 24 hours of receiving a response. Also, an inmate must file his grievance at the facility where the concerns arose. He cannot file at another facility because staff does not have jurisdiction over any other facility. The DOC's grievance system is well known to inmates; currently over 20,000 grievances are filed per year system wide.

DECLARATION OF CLARA G. CURL          3          ATTORNEY GENERAL OF WASHINGTON
NO.  C09-5571-RJB-KLS                        Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

8.     In the event an offender's initial grievance is deemed to be non-grievable, the grievance process is not considered to be exhausted.   The offender can appeal the non-grievability finding to the Grievance Program Manager.   The Grievance Program Manager will then make a determination whether to uphold the non-grievability finding. The offender is provided with the Grievance Program Manager's findings. In the event the Grievance Program Manager upholds the non-grievability finding, the grievance is considered under the OGP to have been exhausted.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this _16th_ day of November, 2012, at Tumwater, Washington.

_Clara Curl_
CLARA G. CURL
Grievance Program Manager

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

**ATTACHMENT A**



| STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS | APPLICABILITY **PRISON/WORK RELEASE/FIELD** OFFENDER/SPANISH MANUALS | | |
|---|---|---|---|
| | **REVISION DATE** 3/1/12 | **PAGE NUMBER** 1 of 5 | **NUMBER** **DOC 550.100** |
| **POLICY** | TITLE   OFFENDER GRIEVANCE PROGRAM | | |

**REVIEW/REVISION HISTORY:**

| | |
|---|---|
| Effective: | 3/10/83 DOC 700.100 |
| Revised: | 9/1/85 |
| Revised: | 4/15/89 DOC 550.100 |
| Revised: | 12/15/89 |
| Revised: | 12/15/93 |
| Revised: | 10/28/99 |
| Revised: | 3/1/05 |
| Revised: | 9/22/06 AB 06-010 |
| Revised: | 3/15/07 |
| Revised: | 3/4/09 |
| Revised: | 3/1/12 |

**SUMMARY OF REVISION/REVIEW:**

Added I.B.1. & 4. that the Grievance Coordinator will ensure grievances are picked up at least twice a week and ensure the offender is interviewed
I.C. and II.D.5. - Added clarifying language
II.A. - Removed unnecessary language
Attachment 1 - Added that complaints must be filed within 20 days of the incident

**APPROVED:**

Signature on file

_____
**BERNARD WARNER**, Secretary
Department of Corrections

2/1/12
_____
Date Signed



| STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS | **APPLICABILITY**<br>**PRISON/WORK RELEASE/FIELD**<br>OFFENDER/SPANISH MANUALS | | |
|---|---|---|---|
| | **REVISION DATE**<br>3/1/12 | **PAGE NUMBER**<br>2 of 5 | **NUMBER**<br>**DOC 550.100** |
| **POLICY** | **TITLE**<br>OFFENDER GRIEVANCE PROGRAM | | |

**REFERENCES:**

DOC 100.100 is hereby incorporated into this policy; RCW 9A.44.160; WAC 137-08; ACA 4-4284; ACA 4-4394; ACA 4C-01; ACA 6B-03; Offender Grievance Program Manual

**POLICY:**

I.      The Department seeks to reduce tension and provide a stable correctional environment by providing a formal mechanism to address conflict through the administrative resolution of complaints.

II.     The Department has established a structured process for responding to offender grievances which provides efficient and timely resolution of complaints.  This system assists administrators in identifying specific problems and trends within the Department, thereby reducing litigation.  An effective grievance system is characterized by a large portion of complaints being resolved at the lowest level.

III.    The grievance mechanism will not be used as a disciplinary procedure.

IV.     The Offender Grievance Program Manual provides detailed instructions for use of the process and is the reference for all procedural decisions.

**DIRECTIVE:**

I.      Responsibilities

        A.      Each facility will have a staff designated as the Grievance Coordinator who, while in the performance of his/her grievance duties, will be directly responsible to the Superintendent/Community Corrections Supervisor (CCS).

                1.      The Superintendent/CCS may delegate direct day to day supervision of a Grievance Coordinator to his/her immediate subordinate.  The designee will not hinder the Grievance Coordinator's access to the Superintendent/ CCS regarding grievance matters.

        B.      The Grievance Coordinator will:

                1.      Ensure grievances are picked up at least twice a week,
                2.      Promote informal resolution of complaints, when appropriate,
                3.      Complete appropriate grievance forms,
                4.      Ensure the offender is interviewed,
                5.      Ensure responses are completed within established timeframes, and
                6.      Provide orientation to offenders.



| | APPLICABILITY |
| --- | --- |
| STATE OF WASHINGTON<br>DEPARTMENT OF CORRECTIONS | **PRISON/WORK RELEASE/FIELD**<br>OFFENDER/SPANISH MANUALS |

| | REVISION DATE | PAGE NUMBER | NUMBER |
| --- | --- | --- | --- |
| | 3/1/12 | 3 of 5 | **DOC 550.100** |

| | TITLE |
| --- | --- |
| **POLICY** | **OFFENDER GRIEVANCE PROGRAM** |

C.  CCOs will provide offenders on community supervision with Offender Grievance Handout - Field Offices (Attachment 1) during initial intake.

D.  [6B-03]  The Grievance Program Manager will evaluate the grievance procedures to ensure they are efficient and effective.  The quality and nature of offender grievances are aggregated and analyzed annually.  This information will be documented in an annual report.

II.  Grievable and Non-Grievable Items

A.  All offenders are expected to attempt informal resolution prior to filing a complaint and to participate in the resolution of their individual grievances.

B.  [4-4284] [4-4394] [4C-01] [6B-03]  An offender confined in a Department facility or on active community supervision status may grieve his/her place of confinement or conditions of supervision when it relates to:

1.  Policies.

2.  Application of policies.

3.  Lack of policies, rules, or procedures that directly affect his/her living conditions.

4.  Actions of employees, contract staff, or volunteers over whom the facility or supervising office has jurisdiction, including retaliation against the grievant for his/her good faith participation in the grievance program.

5.  Actions of other offenders.

C.  Only incidents, policies, or practices that affect a grievant personally and over which the Department has jurisdiction, including health related issues, are grievable.  [4-4394] [4C-01]

D.  The following items are not grievable:

1.  State and federal law, including Washington Administrative Code (WAC).

2.  Court decisions.

3.  Indeterminate Sentence Review Board (ISRB) decisions.

4.  Court ordered Pre-sentence Investigation (PSI) reports.



| | | |
|---|---|---|
| **STATE OF WASHINGTON**<br>**DEPARTMENT OF CORRECTIONS** | **APPLICABILITY**<br>**PRISON/WORK RELEASE/FIELD**<br>OFFENDER/SPANISH MANUALS | |

| **REVISION DATE**<br>3/1/12 | **PAGE NUMBER**<br>4 of 5 | **NUMBER**<br>**DOC 550.100** |
|---|---|---|

| **POLICY** | **TITLE**<br>**OFFENDER GRIEVANCE PROGRAM** |
|---|---|

     5.    Community Corrections Officer (CCO) recommendations/testimony to a Department Hearing Officer, court, and/or the ISRB.

     6.    Special conditions imposed by a CCO per Department policy.

     7.    Classification and disciplinary decisions, including community release referral, End of Sentence Review Committee, and Risk Management decisions, community custody violation hearings, and Work Release termination committee actions and decisions.

     8.    Any Department approved procedure that has a formal appeal process.

E.    The Offender Grievance Program Manual contains in depth definitions of what is or is not grievable, as well as the process for filing and appealing complaints.

     1.    In Prisons and Work Releases, an Offender Grievance Program Manual will be kept in an area accessible to offenders.

     2.    In Field Offices, the Offender Grievance Program Manual will be available for review in the lobby, upon request.

III.    [4-4284] [6B-03]  Process

A.    To file a grievance:

     1.    Offenders in Prison and Work Release will complete and submit DOC 05-165 Offender Complaint to the Grievance Coordinator, along with documentation demonstrating an attempt to informally resolve the issue.

          a.    This form is available in the living units, other designated locations, or from staff.

     2.    Offenders on community supervision will complete the form(s) at the local Field Office and forward the form and documentation demonstrating an attempt to informally resolve the issue to the Grievance Program Manager at Headquarters.

B.    The grievance mechanism contains an appeal system that allows an offender to request review at a higher level if s/he is not satisfied with a response received. The grievant is entitled to a final review by a staff not assigned to the facility or office.

C.    The following forms may be used in the grievance process:

     1.    DOC 05-166 Level I - Initial Grievance,



| STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS | APPLICABILITY **PRISON/WORK RELEASE/FIELD** OFFENDER/SPANISH MANUALS | | |
|---|---|---|---|
| | REVISION DATE 3/1/12 | PAGE NUMBER 5 of 5 | NUMBER **DOC 550.100** |
| **POLICY** | TITLE        **OFFENDER GRIEVANCE PROGRAM** | | |

2. DOC 05-168 Appeal to Level II,
3. DOC 05-169 Appeal to Level III,
4. DOC 05-170 Staff Conduct Grievance,
5. DOC 05-171 Notification of Time Extension, and
6. DOC 20-303 Notification of Staff Conduct/Reprisal Grievance.

IV. Confidentiality

    A. Disclosure of grievance documents, records, reports, and other information will be subject to the provisions of WAC 137-08.

**DEFINITIONS:**

Words/terms appearing in this policy may be defined in the glossary section of the Policy Manual.

**ATTACHMENTS:**

Offender Grievance Handout - Field Offices (Attachment 1)

**DOC FORMS:**

DOC 05-165 Offender Complaint
DOC 05-166 Level I - Initial Grievance
DOC 05-168 Appeal to Level II
DOC 05-169 Appeal to Level III
DOC 05-170 Staff Conduct Grievance
DOC 05-171 Notification of Time Extension
DOC 20-303 Notification of Staff Conduct/Reprisal Grievance

**ATTACHMENT B**



Working Together for Safe Communities

**DOC**
Washington State
DEPARTMENT OF CORRECTIONS

# Department of Corrections



# OFFENDER GRIEVANCE PROGRAM

P-371 9/11/09

## *Department of Corrections Grievance Program Manual*

*DOC Policy 550.100 – Offender Grievance Program*............................................................5

*What is the Offender Grievance Program?* ......................................................................6

*History of the Offender Grievance Program*....................................................................7

*What Is Informal Resolution?*.............................................................................................8

*What Is A Grievance?*............................................................................................................9

*What Is An Emergency Grievance?*....................................................................................10

*What Is Grievable?*...............................................................................................................11

*What is Considered Not Grievable?*....................................................................................12

*Is My Grievance Kept Confidential?*....................................................................................14

*Access the Grievance Policy, Procedure and Forms*.........................................................15

*How Do I Write A Grievance?*..............................................................................................16

*How Do I File A Grievance?*................................................................................................18

*Why Would My Grievance Be Returned?*..........................................................................19

*What Happens After I File The Grievance?*.......................................................................20

*What If I Transfer or Am Released From Supervision?*....................................................23

*What Are the Grievance Process Time Frames?*.............................................................24

*What If More Time Is Needed?*...........................................................................................26

*How Is A Grievance Resolved?*...........................................................................................27

*How Do I Appeal the Outcome of My Grievance?*............................................................28

*Can I File A Tort Claim While A Grievance Is In Process?*..............................................29

*What If My Grievance Involves Sexual Assault, Sexual Abuse, Rape and/or Staff Sexual Misconduct*......30

*How Are Allegations of Retaliation or Misconduct Investigated?*...................................31

*Can I Be Disciplined For Filing A Grievance?*..................................................................32

*How Can I Make Suggestions/Changes to the Offender Grievance Program?*.........35

*How Are Grievance Documents Archived/Stored?*............................................................36

*What about Litigation?*........................................................................................................37

*What Are the Grievance Program Staff Roles and Responsibilities?*............................38

*Definitions*............................................................................................................................40

*Forms*...................................................................................................................................43

# WHAT IS THE OFFENDER GRIEVANCE PROGRAM?

### Purpose

The Offender Grievance Program is an internal grievance and appeal system that promotes proper and effective communication between staff and offenders in an effort to resolve issues at the lowest possible level. Staff and offenders are encouraged to resolve problems together as part of their routine interaction.

### Philosophy

The Offender Grievance Program offers open access to a process which allows for the meaningful negotiation of problems to a just and fair conclusion. It recognizes the human dignity of offenders and staff as well as the privileges and limitations of the state. It offers a fair and satisfactory solution to a wide variety of conflict situations.

### Goal

The primary long-term goal of the program is the reduction of processing time to facilitate an increase in proactive informal resolution of offender issues.

This Manual:

- explains how and when an offender can access the grievance program; and

- provides management and staff with information and guidance needed to support the offender grievance program locally.

> **IMPORTANT: The Offender grievance Manual will not replace existing administrative channels of problem resolution.**

## PROVISIONS

## The Offender Grievance Program provides:

| For the Offender | consistent grievance policies, procedures, and forms for an offender from date of arrival at a reception center through institutional confinement, while at work release facilities, and while on community supervision. |
| --- | --- |
| | a way for every offender to have his/her grievance heard and dealt with in a formal manner. |
| | administrative review and resolution when informal resolution is not possible. |
| | fair and prompt decisions and actions in response to offender grievances. |
| | regularly available channels for hearing and resolving offender grievances. |
| For the Department | a management tool for administrators to be informed of developing trends and specific problems so that they may be addressed in a timely manner. |
| | a means to reduce conflict between offenders and the Department of Corrections. |
| | administrative remedies to complaints that otherwise may cause an unnecessary burden on the courts. |

## Changes

The Grievance Coordinator is often the first point of contact in changing important issues. He/she should consult with appropriate staff and submit recommendations to the proper authority when change to policies, procedures, and practices appears warranted. Likewise, the coordinator should not hesitate to tell offenders when no change appears warranted and state the reason(s) for the decision in their response.

## Management Information System

An integral part of the offender grievance program is its computerized Management Information System (MIS) which permits:

- Remote data entry by local grievance coordinators.

- Monitoring and auditing capability at the Grievance Program Office.

- Indexing of complaints and grievances by name/DOC number of individual offenders.

- On time synopsis of individual grievances/complaints and their status within the grievance system.

- On site generation of statistical reports.

## HISTORY OF OFFENDER GRIEVANCE PROGRAM

The first grievance program began as a pilot project at the Washington State Penitentiary in 1980. The staff involved in that project persevered to pioneer a program that reshaped the manner in which staff interact with offenders and, possibly, stemmed the tide of violence and destruction of property that had become routine in our prison system.

Here is a brief chronology of program milestones:

| DATE | MILESTONE |
| --- | --- |
| 1979 | The Division of Institutions (later to become Department of Corrections) begins planning for an offender grievance system within its facilities after a riot at the Washington State Penitentiary. |
| August 25, 1980 | A one-year pilot project begins at the Penitentiary. |
| August 1981 | Modified grievance system is instituted at the Department's other institutions. |
| November 1981 | A standardized grievance manual is published. |
| May 25, 1984 | The grievance procedure at WSP is certified by the United States (Eastern) District Court.  Certification of all institution grievance programs soon follows. |
| October 1984 | Grievance procedure is expanded to include offenders under community supervision. |
| September 9, 1985 | A revised Offender Grievance Program is implemented. |
| August 2009 | A major revision of the Offender Grievance Program Manual is implemented. |

This manual revision is necessary to provide a simple explanation of the Offender Grievance Program and to provide easy to follow steps for the grievance process.  Staff and offender feedback was encouraged and incorporated.

# WHAT IS INFORMAL RESOLUTION?

## Introduction

Resolution begins with communication. Many times you can find resolution to your issue quickly by opening lines of communication with staff or persons involved.

In all cases, informal resolution of conflict is preferable to the filing of a formal grievance. This means that you are encouraged to participate in problem solving by seeking the earliest possible resolution of problems. This does not mean that the filing of grievances is discouraged.

**What you should do?**

You should try to informally resolve your issue before filing a formal grievance.  You have 20 days in which to file a complaint which gives you a longer time frame to attempt to resolve the issue before filing a grievance.

- Talk to staff or persons involved in an attempt to reach resolution.

- Submit a Kite or letter to get the matter addressed or forward facts leading up to the situation.

It is important to let the grievance coordinator know what steps you have taken to resolve the issue and what you received as a result of those steps.

The grievance coordinator will often look at the issue and try to answer questions or suggest other processes available for resolution.  If these options do not satisfy resolution, you may mark the appeal box to formalize your grievance.

## WHAT IS A GRIEVANCE?

A grievance is a <u>typed</u>, formalized version of a complaint.

- ▪ Level I – the first level of a formal grievance
- ▪ Level II – the first appeal level if dissatisfied with the Level I response and/or initial level of a staff conduct grievance.
- ▪ Level III – the second and final appeal level if dissatisfied with Level I and II responses. This level is reviewed outside the facility, mainly at Headquarters.

Offenders under the supervision of the Department of Corrections are afforded the right to file complaints and appeal their response.  Grievance topics may include:

- Staff Conduct
- Health Services
- Accounts
- Sentence Structure and Records
- Policy
- Prison Operations
- Food Services
- Religious Programs
- Facilities

There are five basic types of grievances.

| TYPE | DEFINITION |
|---|---|
| *Routine* | A grievance against a policy or procedure, application of policy or procedure, lack of a policy or procedure, or the actions of another offender. |
| *Emergency* | Emergency grievances are complaints that involve a potentially serious threat to the life or health of an offender or staff member, relate to severe pain being suffered by the offender, or that involve a potential threat to the orderly operation of a facility, and its resolution would be too late if handled through routine administrative or grievance channels. |
| *Malicious* | A complaint or grievance in which the grievant causes or attempts to cause an innocent person to be penalized or proceeded against by lying to a staff member. |
| *Reprisal (Retaliation)* | A grievance alleging retaliation by a specific, <u>identified</u> staff member as a result of the grievant's good faith use of or good faith participation in the Offender Grievance Program. |
| *Staff Conduct* | A grievance against a specific, <u>identified</u> employee, contract staff, or volunteer under jurisdiction of the local facility or community corrections office, for alleged inappropriate demeanor, language or actions. |

## WHAT IS AN EMERGENCY GRIEVANCE?

### Introduction

Emergency grievances are complaints that involve a potentially serious threat to the life or health of an offender or staff member, relate to severe pain being suffered by the offender, or that involve a potential threat to the orderly operation of a facility, and its resolution would be too late if handled through routine administrative or grievance channels.

Health preserving medication or treatment is grievable as an emergency if the medication or treatment or lack of it causes severe pain to continue or presents an imminent threat to life or health.

### Special handling

Emergency grievances should be submitted to a staff person immediately after the incident/ occurrence so it may be resolved in a timely manner. Check the "EMERGENCY Grievance" box at the top of the form.

Emergency grievances are handled by the Grievance Coordinator or their designee (most often, but not always, the Shift Lieutenant.)  Any emergency grievance involving a medical issue should be evaluated by medical staff. Medical staff responding to the grievance should clearly address the medical issue on the form and legibly sign the form.

Upon completion of the local level of review and response, staff will forward all documents accepted and processed by a Grievance Coordinator as actual EMERGENCY GRIEVANCES to the Grievance Program Manager.  The Grievance Program Manager will review all emergency grievances and forward any that might require additional review by the medical director or other executive staff.

> **IMPORTANT:**  You may appeal the decision that your complaint isn't an emergency to the Superintendent or his designee (usually the Duty Officer after hours.) just as you can if the grievance is processed as an emergency and you aren't satisfied with the Level I response.

Emergency grievances cannot be appealed to Level III.

### Not an emergency

Complaints that do not conform to the definition of an emergency grievance will be processed as routine, staff conduct, or reprisal complaints. The Grievance Coordinator/ Designee will note the decision and reason to not treat the complaint as an emergency on the complaint form and return a copy to the grievant.  The explanation should indicate any intended further processing of the complaint.

> **IMPORTANT:** Offenders who declare false emergencies to staff may receive disciplinary action as authorized by the Superintendent.

## WHAT CAN I GRIEVE?

### Grievable Issues

Only incidents, policies or practices which affect you personally and over which we (the Department) have jurisdiction can be grieved.

This includes actions by employees, contract staff, volunteers, and other offenders.

- You may grieve your place of confinement or conditions of supervision when it relates to policy, lack of policy, and/or not following policy;
- Department of Corrections policies, rules, and procedures;
- Application or lack of application of policies, rules, and procedures;
- Lack of policies, rules, or procedures that directly affect the living conditions of the offender;
- Actions of employees, contract staff, or volunteers over whom the facility or supervising office has jurisdiction;
- Actions of other offenders;
- Any form of sexual assault, sexual abuse and/or staff sexual misconduct.
- Retaliation against you for your good faith participation in the grievance program;
- Personal safety (housing, etc.);
- Physical plant conditions; and/or
- You may file a grievance on behalf of a visitor who is disabled and unable themselves to pursue the issue to the Superintendent by telephone or mail.  The visitor must be on your visit list and the grievance must focus solely on some aspect of that disability.
- Law firms and/or attorneys contracting with the Department of Corrections to provide legal assistance to offenders under the jurisdiction of the department may be grieved through the Offender Grievance Program. This stipulation may be noted in writing in the contract between the department and the contractor.

  Contractors may establish an internal process to review and attempt to resolve complaints from offenders regarding the services of the contractor. When such a process exists, the grievance coordinator will recommend to a grievant that he/she use that forum prior to pursuing a grievance. The grievant may file a grievance if:

  (1) the contractor's review process did not resolve the issue; or


  (2) the grievant elects NOT to use the contractor's review process.

## WHAT IS CONSIDERED NOT GRIEVABLE?

Any issue that has a formal review and appeal process may not be grieved.  You are encouraged to follow the correct review and appeal process to resolve those concerns.

**Non grievable issues**
You can not grieve the following:

- State and Federal law (Includes Washington Administrative Code (WAC) and Revised Code of Washington (RCW);

- Court-ordered pre-sentencing reports;

- Community Corrections Officer (CCO) recommendations to a DOC hearings officer and/or the Indeterminate Sentence Review Board;

- Special conditions imposed by a CCO in accordance with Department policy;

- The grievance coordinator's infracting an offender for submitting a threatening or malicious complaint, the latter coming only after authorization from the superintendent/work release supervisor;

- An alleged inadequate investigation conducted by the grievance coordinator/investigator.  You may express your concerns in an appeal to the next level of review;

- An alleged inappropriate response to a grievance provided by the coordinator. You may express your concerns in an appeal to the next level of review;

- A complaint to a facility to which you have never been confined or assigned;

**Decisions**

- Court decisions

- Indeterminate Sentence Review Board decisions;

- Classification, disciplinary, community release referral decisions;

- End of Sentence Review Committee and risk management decisions, community custody violation hearings, or work release termination committee actions and decisions;

- Superintendent/Work Release Supervisor's decision to place you on grievance abuse status or authorize an infraction;

- Decisions made by Department of General Administration, Office of Risk Management regarding the disposition of Tort claims;

- Responses to grievances by investigator/designee;

- The grievance coordinator's decision that a complaint is not grievable.  You may appeal that decision to the Grievance Program Manager;

- The grievance coordinator's decision regarding which type of formal grievance they will initiate.  You may express your concerns in an appeal to the next level of review;

**Established appeal processes**

- Department-approved procedures which have established appeal processes:
  - Mail rejection
  - Visit denial
  - Property rejection
  - Public disclosure requests/denials for information
  - Infractions/disciplinary actions
  - Indeterminate Sentence Review Board (ISRB)  decisions
  - Classification decisions (transfers, custody level)
  - Facility Risk Management Team (FRMT) decisions

**Outside jurisdiction**

- Complaints against actions of persons outside the jurisdiction of the facility/office;

- If you are under city or county jurisdiction, but housed in a state facility, you can not grieve issues that pertain to city/county policies, procedures and other matters not under the jurisdiction of the Department of Corrections.

- Department of Natural Resources (DNR) policies and procedures.

Grievance coordinators should refer DNR complaints to the local DNR administrator. Formal conduct grievances may be pursued against DNR staff only in the most flagrant cases such as alleged physical or sexual abuse or sexual harassment. Formal conduct grievances shall be investigated jointly by the DOC Superintendent and the DNR local administrator. Corrective actions against DNR staff are the responsibility of DNR administrators.  Grievance coordinators will discuss the issue with the Grievance Program Manager prior to initiating any formal conduct grievance against DNR staff.

# IS MY GRIEVANCE KEPT CONFIDENTIAL?

## Introduction

Your complaints and grievances will not be discussed or shared with staff or offenders not actively involved in the resolution of the grievance *unless there are safety/security concerns or contains a threat*.

Disclosure of grievance documents, records, reports and other information are subject to the provisions of Chapter 137-08 WAC, Public Records - Disclosure.

## Secured Access

> **IMPORTANT:** Grievance Coordinators must keep local grievance documents in a locked area.

Institutions and work release facilities will provide conveniently located grievance boxes within which you may place your complaint. The grievance coordinator or his/her staff shall retain the only keys to such boxes. High security or high risk areas of a facility, i.e., segregation, intensive management, do not need to provide grievance boxes, but you will be given envelopes in which to forward your complaints to the grievance coordinator.

## Disclosure

You will not routinely be given investigative reports and written testimony from staff or other offenders as such documents often contain sensitive information regarding the security of the facility, disciplinary actions taken with staff, or statements by other offenders which, if known, could lead to retaliation.

Grievance documents will not be placed in your central file EXCEPT when you have been found guilty of filing a threatening or malicious grievance or for interfering with the duties of staff by submitting a large quantity of grievances and the documents are necessary to substantiate the information in the infraction report.

Staff members grieved for alleged misconduct or retaliation may read the initial grievance during the interview with the assigned investigator. They will not be provided copies of the grievance or the investigative report for their personal retention *but may be informed of the outcome of the grievance*.

Staff who is participating in the disposition of a grievance shall have access to records essential to the resolution of the grievance." DOC Policy 640.020, Offender Health Record Management, authorizes grievance investigators to access an offender's health care records as necessary to resolve that offender's health care grievance(s).  Such access does not require the offender's prior written approval.  To the extent possible, however, grievances about health care related issues should be investigated by health care staff who already have access to those records.

## ACCESSING THE GRIEVANCE POLICY, PROCEDURE AND FORMS

Grievance Coordinators will ensure complaint forms are available to all offenders under the supervision of the Department of Corrections regardless of status and provide assistance to offenders who are not capable of filling out forms for themselves.

Copies of the manual should be maintained in the law library and may be reviewed upon request of the grievance coordinator.

Each offender and new staff member will receive an orientation to the grievance procedure upon his/her arrival at the facility/local office. Please check the offender handbook at your facility as to where the grievance boxes are located.

# HOW DO I WRITE A GRIEVANCE?

You are responsible to provide in your written complaint all information relating to the issue being grieved. The grievance coordinator may assist you in preparing an accurate and inclusive complaint so that all information is available when attempting informal resolution or when preparing the formal grievance.

**What form do I use?**

> ➢ Use Complaint Form, DOC 5-165 when submitting a complaint or an appeal.

**IMPORTANT:** When complaint forms are not available, you may use 8 ½″ x 11″ writing paper for submitting your complaint.  Complaints written on pieces of paper that are not 8 ½″ x 11″  will be returned unprocessed.

## How do I complete the form?

The entire complaint should be contained within the space allowed at the top of the prepared, formal grievance form.

| STEP | ACTION |
|------|--------|
| 1. | **Write a simple, straight-forward statement of concern**.<br><br>Do not use legal language. While the Washington Administrative Code (WAC) may be referenced, citations of the Revised Code of Washington (RCW) provisions or case law are inappropriate.<br><br>    o   Identify the specific written policy or procedure being  grieved;<br><br>    o   Identify the lack of a specific written policy or procedure;<br><br>Identify a local practice or application of a policy or procedure which you believe to not be in compliance with written policy. |
| 2. | **Identify how the issue or incident affects you personally.**<br><br>The grievance must be submitted by you on your own behalf. You may not submit a grievance on behalf of another offender. "Class action" grievances are not acceptable. |
| 3. | **Identify:**<br><br>    a. name of all individuals involved;<br><br>    b. date of incident;<br><br>    c. location where incident occurred; |

| STEP | ACTION |
|---|---|
| 4. | **State what happened or what was said.**<br><br>If you have physical evidence on which to base your grievance, you are required to produce that evidence. Grievances based on hearsay (third party information) are not acceptable. If you wish to retain the physical evidence, the grievance coordinator *or* investigator must be allowed to photocopy it, take photographs of it, etc., so that the evidence may be evaluated at each grievance level.  Refusal to produce physical evidence, or refusal to let the grievance coordinator/investigator reproduce it in some fashion, may be grounds for administrative dismissal of the grievance.  The Grievance Investigator must document such refusals and forward the documentation to the local grievance coordinator. |
| 5. | **Identify the name(s) of witness(es)**.<br><br>You are required to identify potential witnesses by name in your written complaints.  If the identity of witnesses becomes known after the complaint is submitted, you must forward a written listing of the names to the local grievance coordinator. If you allege to have witnesses to an incident but refuse to identify those witnesses, your grievance may be administratively withdrawn. |
| 6. | **You may include a suggested remedy; it is not required**. |
| 7. | **You must sign and date the form.**<br><br>Your signature is only required on the initial complaint or appeal unless you do not know how to write, or are physically unable to write. |

## HOW DO I FILE THE GRIEVANCE?

> **IMPORTANT:** You must submit the form to the Grievance Coordinator, who will return a copy to you showing the coordinator's response and the assigned grievance Log ID number.

If you are claiming an emergency, give the complaint form to a grievance coordinator/designee immediately.

## Prison, Pre-Release or Work Release

If you are in prison, pre-release or work release, you must submit form DOC 05-165, Offender Complaint, to the institution's grievance coordinator by placing it in the grievance box or sealing it in an envelope addressed to the grievance coordinator/program specialist and send via the facility mail system if a grievance box is not available.  A copy will be returned showing the status of your complaint and the assigned grievance log ID number.

If you have been transferred and wish to file an offender complaint or appeal with the grievance department at the old facility, you may submit your complaint to your new facility's grievance coordinator who will forward it to the old facility's grievance department.  These should only be for property or offender accounting issues.

## Community Supervision

If you are on community supervision you must submit form DOC 05-165 Offender Complaint (available at the local community corrections office) and mail the form to:

Grievance Program Manager
Grievance Program Office
Department of Corrections
PO Box 41129
Tumwater, WA 98501-1129

> **IMPORTANT:** You are expected to prioritize your grievances and to seek informal resolution to your concerns through regular administrative channels prior to utilizing the grievance procedure.

# WHY WOULD MY GRIEVANCE BE RETURNED?

**For rewrite**:

Your complaint form will be returned to you unprocessed with a notation to rewrite it when:

- forms are available and the complaint is written on something other than the form. If forms are not available you must write the complaint on 8½" x 11" paper or the complaint will be returned to you.

- you have not written a simple, straight-forward statement of concern.

- your complaint contains excessive citations of law or legal terminology.

- your complaint contains profane language, except when used as a direct quote.

- similar complaints filed separately and regarding the <u>same</u> issue or incident will be assigned one Log ID number and a copy of the complaint forms sent back to you with instructions to rewrite them into <u>one</u> simple, clear, and concise complaint.

   Where a problem has several aspects, coordinators may assist you in stating the complaint in a general way that encompasses all.

> **IMPORTANT:**  The request for rewriting is between the coordinator and you and can not be appealed to the Grievance Program Manager.

**For additional information:**

Complaints may be returned for additional information.  If the needed information is minimal, such as just a name, or date, or time, the information may be solicited during the interview in which the formal grievance is initiated and added to the formal grievance.

**Non-grievable:**  Complaints falling under the listing of non-grievable issues will be returned so noted.

> **IMPORTANT:**  Offenders may not have more than a combined total of 5 formal grievance and/or appeals in process at any one time at level  I, II, III

**Quanity:** Offenders may not submit more than 5 complaints during a calendar week.

> **IMPORTANT:**  Offenders in Segregation and IMU will have their formal grievances processed without their signature.

## WHAT HAPPENS AFTER I FILE THE GRIEVANCE?

### Determination and finalization

The grievance coordinator/program specialist will determine whether your concerns can be aggrieved and whether it is routine, emergency, staff conduct or reprisal (retaliatory) in nature.

The grievance coordinator/office staff will type the complaint on DOC 05-166 Level I-Initial Grievance.

Formal, typed grievances and appeals will be accurate reproductions of the approved, handwritten complaints/appeals you submitted, although spelling and grammatical errors may be corrected if the corrections do not change the meaning or intent of your statement.

> **IMPORTANT:**  Concerns about typing errors in formal grievances/appeals should be directed to the local Grievance Coordinator, not the Grievance Program Manager, by sending a KITE identifying the corrections to be made. Include the Log ID number.

### Levels of Review

You will be informed in writing of the action *at each level* and *be* given an opportunity to accept or appeal the decision.

> **Offender Complaint** = Review of the complaint by the Grievance Coordinator.

> **Level I**= Attempt to resolve grievance by the Grievance Coordinator.

> **Level II** = Review by Superintendent/facility supervisor.

> **Level III** = Review by Deputy Secretary/designee.

**Staff misconduct** = Grievances which are accepted as Staff Conduct will be typed on special forms by the Grievance Coordinator and sent directly to the Superintendent/designee for review and investigation as a Level II Grievance.  That response may be appealed through the Grievance Program Specialist to the Deputy Secretary/Designee at Level III.  The Level III response is the Department's final response.

**Emergency grievances** = Attempt to resolve the grievance by the grievance coordinator at Level I.

If the response is appealed, the grievance is forwarded to the superintendent/facility supervisor.

Emergency grievance documents will be forwarded to the Grievance Program Manager for further review upon completion at each local level of review.

### Non-grievable issues through appeal

The Grievance Program Manager/designee shall automatically review all complaints deemed not grievable by local grievance coordinators. The Grievance Program Manager can reverse a decision of non-grievability and cause the local grievance coordinator to initiate a formal grievance.

You can also request a review of a decision of non-grievability directly to the Grievance Program Manager.  Such requests should contain your committed name, DOC number, mailing address, and the Log ID number of the complaint you want reviewed.  The review will determine grievability only, not the merits of the issue.

**Investigation**

The grievance coordinator or assigned investigator will:

- review assigned investigator's instructions;
- review local policies and procedures;
- review DOC policies, WAC, RCW as necessary;
- review inventories, daily logs, medical records, etc, as necessary;
- interview resource staff (doctors, supervisors, chaplain, etc.) for additional perspective, as necessary;
- interview grievant and/or witnesses as appropriate. Written statements may be accepted.

If you refuse to be interviewed by a grievance investigator or to actively participate in such an interview, that grievance or appeal may be administratively withdrawn.  The grievance investigator will document such refusals and forward the documentation to the local grievance coordinator.

If a federal court inquires as to whether an offender has exhausted administration remedies through the grievance procedure, and the offender has refused to be interviewed, refused to provide physical evidence and/or refused to divulge the names of potential witnesses, a negative response to the court will be issued.

> **IMPORTANT:**  The grievance coordinator must ensure that each complaint is investigated and documented to the extent necessary to fully understand the problem and to prepare an accurate, fair response.

## Report elements

The Investigator prepares a <u>written report</u> containing the following elements:

1. Name of investigator.

2. Name(s) of person(s) interviewed and date(s) time(s), and location(s) of interviews.

3. Synopsis of interview(s).

4. Citation of documents consulted (policy number, WAC, RCW, etc.).

5. Evidence found to substantiate or refute the grievant's allegations.

6. Conclusions of the investigation.

7. Suggested response as appropriate. Concurring with prior response is acceptable if the response fully reflects the reviewer's reasoning.

## Response elements

The grievance will be answered in writing on the appropriate form at each level of review. The response will include:

- a clear statement of findings
- reasons why a decision was reached
- statement that grievance is entitled to further review

The response:

- addresses the issue grieved.
- may give name of the assigned investigator (if other than the grievance coordinator).
- may specify names of witnesses interviewed and/or resource staff consulted (sources of confidential information will not be disclosed).
- cites policy, WAC, RCW as necessary.
- specifies evidence found or notes inability to find evidence.
- gives the conclusion/decision reached by the coordinator or investigator.
- gives the reason(s) for the decision reached.

> **IMPORTANT:** Staff conduct grievance investigation reports should note what corrective action has been/will be taken to resolve the issue and provide a completion date for that action, when known.

## Finalize

The coordinator types the response, signs and dates the response ensuring that copies of relevant documents are attached to the facility file copy of the grievance and to the copy being sent to the Grievance Program Office.

## WHAT IF I TRANSFER OR AM RELEASED FROM SUPERVISION?

If the grievance was started prior to your transfer or date of release, the grievance process remains at the facility/local office.

If your property or funds did not get transferred with you, you may submit (within 90 days from the date of transfer) a new complaint against the facility from which you transferred.

In both of these instances, an in-person interview is not guaranteed during the investigation. A telephone interview may be arranged when necessary and practical.

A complaint will not be accepted and processed at a facility/local office to which you have never been confined/assigned.  Instead, the complaint will be treated as correspondence.

> **IMPORTANT**:   Grievance coordinators are authorized to waive the normal twenty (20) day filing timeframe in which to submit a complaint if the offender presents documentation of his/her attempts to resolve a conflict.

# WHAT ARE THE GRIEVANCE PROCESS TIMEFRAMES?

## Introduction

Specific timeframes are set at each level to ensure prompt response to complaints/grievances.

Grievances should be processed within 90 working days from the date the initial grievance was signed and dated by the coordinator to the Level III response date. The process may take longer than 90 days in cases where rewrites and/or mailings are involved.

> **IMPORTANT:**   It is the responsibility of both the offender and staff to ensure that submission of, and response to, complaints and grievances occur within the established timeframes.

## Regular Grievance Timeframes

| Action | Timeframe |
|---|---|
| Offender complaint submitted | Within 20 working days of the date of the incident. This timeframe does not apply to complaints against a specific written policy or procedure. |
| Initial response | Within 5 working days of the date of receipt. |
| Offender returns rewrite or provides additional information if required. | Within 5 working days of receipt of grievance coordinator's response. |
| Initial grievance response | Within 10 working days of the date the formal grievance was initiated to the date of the response at Level I; OR<br><br>Within 20 working days of the date formal grievance initiated to date of response at Level II for conduct/reprisal grievance. |
| Offender's appeal to Level II | Within 5 working days of receipt of Level I response. |
| Superintendent/facility supervisor Level II response | Within 20 working days of date the formal appeal is initiated by the grievance coordinator to the date of response. |
| Offender's appeal to Level III |  Within 5 working days of receipt of Level II response. |
| Level III response | Within 20 working days of the date the formal appeal is received at the Grievance Program Office to the date of the response. |

## Emergency Grievance Timeframes

| Action | Timeframe |
|---|---|
| Offender completes DOC 05-165 Offender Complaint and notifies staff of emergency. Attempts informal resolution. | Immediate |
| If not informally resolved, staff phones grievance coordinator/*designee* and reads complaint. | Within 30 minutes of being informed of the emergency. |
| If deemed an emergency, staff forwards the complaint to the grievance coordinator/*designee*. | Within 30 minutes of being deemed an emergency. |
| Coordinator attempts to resolve the issue informally or formally at Level I and responds in writing with a copy to the offender. | Within 8 hours (one work shift) |
| Offender submits appeal to coordinator | Within 24 hours of receiving written response |
| Coordinator prepares Level II appeal and submits to superintendent/facility supervisor | Within 2 hours of receipt of handwritten appeal |
| Superintendent/facility supervisor investigates and responds in writing | Within 24 hours of receipt of Level II appeal. |

### Legal Aid

Grievance coordinators are authorized to waive the normal twenty (20) day filing timeframe in which to submit a complaint if the offender presents documentation of his/her attempts to resolve a conflict through a contractor's review process <u>and</u> allows the coordinator to photocopy the documentation for the grievance record.

### Correspondence

There is no timeframe established within which the Grievance Program Manager/designee must respond to offender correspondence mailed to the Grievance Program Office. The Grievance Coordinator will attempt to respond within thirty (30) working days from date of receipt.  If a response can not be made in that time span, Grievance Program Office staff will notify the offender that his/her correspondence has been received and will be responded to at a later date.

# WHAT IF MORE TIME IS NEEDED?

**Timeframe not met**

When a timeframe cannot be met at any level, the grievance coordinator may:

1. send you a Notification of Time Extension DOC 05-171 advising you of the number of days added and the new due date and the reason for the extension;
OR

2. appeal the grievance automatically to the next level of review.  However, no grievance will be automatically appealed to Level III unless at least one local investigation has been completed and at least one response addressing your issue(s) has been provided at the local level.

**Time extensions**

When a time extension is necessary, the investigation/response should be completed within no more than a ten (10) working day extension, although grievance coordinators can authorize extensions up to thirty (30) working days for difficult cases.

When extensions exceeding thirty (30) working days are deemed necessary by a grievance coordinator, he/she must first discuss the need with the Grievance Program Manager/designee prior to issuing the Notification of Time Extension, DOC 05-171.

Grievance coordinators will forward copies of all Notification of Time Extension, DOC 05-171, forms issued locally to the Grievance Program Office.

> **IMPORTANT:**  No more than one time extension should be taken at any given level.

**Abuse of extensions**

Excessive use of time extension notifications by a local facility may be cause for audits by the Grievance Program Office staff, Regional Administrators, Superintendents/Facility Supervisors or other entities as necessary to determine the underlying cause. The authority to issue time extension notifications shall not be abused at any grievance level.

# HOW IS A GRIEVANCE RESOLVED?

## Actively participate

You are expected to actively participate in seeking the resolution to your own grievances.

- First by informal resolution attempts;

Discussing an issue with staff will often clear up any misunderstandings.  You should first attempt to speak directly with the person aware of or directly involved with the incident.

- Filing complaints and appeals timely; and

- Actively participating in the interview.

## Remedies available

Since its inception in 1980, the Department of Corrections Offender Grievance Program has been, with certain exception, an open forum through which offenders can seek administrative remedies to their problems.

Administrative remedies available through the Grievance Program include:

a. *possible* restitution of property or funds;

b. correction of records;

c. administrative actions;

d. agreement by department officials to remedy an objectionable condition within a reasonable time; and/or

e. a change in a local or department policy or practice.

## HOW DO I APPEAL THE OUTCOME OF MY GRIEVANCE?

**Not satisfied**

- If you are not satisfied with the Level I response, you may appeal to the grievance coordinator/specialist.

  Complete DOC 05-165 within established timeframes. Be sure to check the "Appeal to next level" box and include the log ID number.

- If you are still not satisfied, you may appeal to Level III.

  Complete DOC 05-165 as above, within the established timeframes, and forward to the Grievance Program Manager through your grievance coordinator.

> **IMPORTANT:  Appeals must address the basic issue of the initial grievance.** New or additional information may be given regarding the original issue but new issues may not be added.

You should state why the previous response was unacceptable, thereby establishing a rationale for the appeal and the basis for a reinvestigation. General statements such as "I appeal" or "Appeal to next level" or an exact restatement of the original grievance are acceptable

You must sign and date the handwritten appeal.

**Review**

The reviewing authority at each level may conduct reinvestigations and interviews as necessary to ascertain the facts of the matter grieved. The Deputy Secretary or his/her designee is the final appeal authority for all grievances.

**Appeal response elements**

The appeal response contains the following elements:

- addresses the original issue grieved;
- may specify name(s) of witness(es) interviewed and/or resource staff consulted (sources of confidential information will not be disclosed). The Level II response will note if you were interviewed and by whom.
- cites policy, WAC, RCW as necessary.
- specifies evidence found or notes inability to find evidence.
- includes copies of relevant and newly discovered documents to be maintained with the grievance packet.
- gives the decision reached by the reviewing authority.
- gives the reason(s) for the decision reached.
- notes what corrective action has been/will be taken to resolve the issue and provides a completion date for that action, when known.
- When appropriate, the reviewing authority may simply concur with decisions and/ or actions taken at lower levels of review. The response is signed and dated by the reviewing authority.

# CAN I FILE A TORT CLAIM WHILE A GRIEVANCE IS IN PROCESS?

## Introduction

You may file a tort claim and a grievance regarding the issues at the same time.  However, you are encouraged to seek remedy through the grievance system levels in an effort to resolve complaints (especially those regarding personal property) prior to initiating a Tort claim.

## Investigation

The Grievance Coordinator and local Tort Claim Manager should coordinate related investigations to avoid duplication of effort.

All complaints that allege the State's responsibility for the loss, confiscation, damage or destruction of personal property will be thoroughly investigated and documented. Subsequent grievance levels shall reinvestigate and document such claims as necessary to fully ascertain the facts.

When an investigation fails to substantiate your allegations regarding personal property, the response should cite the evidence or lack of evidence used to formulate the decision and recommend that you appeal to the next level if there is intent to file a tort claim.

## Document requests

You, the Department of Corrections, the Office of Risk Management, and the Office of the Attorney General may use grievance documents in the investigation and resolution of tort claims.

Requests for grievance documents to be used in the processing of tort claims by department staff, the Office of Risk Management, or by the Office of the Attorney General should be made in writing or e-mailed to the Grievance Program Manager, not to the local grievance coordinator.

## WHAT IF MY GRIEVANCE INVOLVES SEXUAL ASSAULT, SEXUAL ABUSE, RAPE AND/OR STAFF SEXUAL MISCONDUCT?

The Department maintains a zero tolerance policy with regard to sexual assault, sexual abuse, and/or rape of offenders and staff sexual misconduct.

Grievances alleging any form of sexual assault, sexual abuse, and/or staff sexual misconduct will be forwarded immediately to the Appointing Authority.  These will then be forwarded to the Prison Rape Elimination Act (PREA) Administrator for review and investigation assignment.

Substantiated allegations of sexual assault and sexual abuse will be referred to local law enforcement for possible prosecution and the Department will impose disciplinary sanctions for such conduct.

**Other ways to report**

- Confidential Hot Line – Toll Free  800-586-9431

  You will get a recorded message and need to leave all the information you can or are comfortable giving.  All information will be kept in strict confidence.

  The toll-free number will be posted next to or on all offender telephones at prison and work release facilities.

  Calls to the hotline will not be recorded or monitored at the facility.

  Calls to the hotline are recorded at DOC Headquarters and messages are reviewed Monday through Friday, 8 am- 5 pm by staff of the Special Investigations Unit.

- Verbal Complaint – talk to any staff member you feel comfortable with.  This can be a teacher, nurse, counselor, chaplain, unit officer, or CCO.

- Written Complaint – Send a kite, emergency grievance, offender grievance, staff conduct grievance, or write a note to staff or administrators.

Letters directed to state attorneys general, governors, members of the state legislature, law enforcement officers in their official capacity, and/or the PREA Unit at Headquarters will be handled as legal mail per the Mail for Offenders policy.

# HOW ARE ALLEGATIONS OF MISCONDUCT OR RETALIATION INVESTIGATED?

The appropriate institution Superintendent, work release facility supervisor, or Regional Administrator will thoroughly investigate any complaint alleging retaliation or misconduct.

### Assigned investigator

The investigator is assigned by the superintendent, work release supervisor, field administrator, or regional administrator.  Grievance coordinators will not investigate Staff Conduct or Reprisal (Retaliation) grievances.

To the extent possible, grievance investigations should be assigned to that person with supervisory authority over the person(s) being grieved or the area of the facility being grieved. This ensures that the supervisor is aware of the grievance and can recommend corrective action(s) to the appropriate entity as necessary.

### Confidential

Specific information regarding the action taken or to be taken against staff should not be divulged in the response as it is confidential and should remain between the appropriate administrators and the staff involved.

> **IMPORTANT:** If misconduct is substantiated, it should be noted in the administrator's response to the grievant, as well as the fact that corrective action has been/will be taken. The form or extent of that corrective action, however, is privileged information and will not be revealed to the grievant.

### Retaliation

Retaliation against any individual because of his/her involvement in the reporting or investigation of a complaint is prohibited.  Retaliation will be treated as a separate actionable offense subject to administrative sanctions and possible referral for criminal prosecution.

# CAN I BE DISCIPLINED FOR FILING A GRIEVANCE(S)?

## Introduction

The vast majority of offenders who have used the program have done so in a responsible and mature manner.  A comparatively small number of offenders, however, have elected to abuse the Offender Grievance Program by submitting numerous grievances or by submitting grievances of a malicious or threatening nature.  The submission of many grievances by a few makes it difficult to conduct quality investigations and provide meaningful responses for all.

## Abuse by content

### MALICIOUS GRIEVANCE:

The grievance coordinator shall refer any grievance that contains a <u>direct</u> threat to the life or safety of a person to the disciplinary process for review.

The institution superintendent, work release facility supervisor, or regional administrator may initiate corrective action against a grievant if investigation deems a complaint or grievance is malicious in nature or that the grievant attempted to cause or caused an innocent person to be penalized or proceeded against by lying to a staff member.

#### General Infraction

The first time you submit a malicious grievance, the superintendent/work release supervisor may authorize that a general infraction be written and served.  If found guilty of the infraction and if that finding is upheld if you appeal the infraction, one part of the sanction is a written warning that subsequent malicious grievances by the individual may result in serious infractions.

#### Serious Infraction

If you continue to submit malicious grievances, the superintendent/work release supervisor may authorize that a serious infraction be written and served.

Infractions for malicious grievances should only be issued for flagrant violations.  The superintendent/work release supervisor must pre-approve any infraction for a malicious grievance before it is written and served.

### THREATENING GRIEVANCE

If you submit a complaint, grievance, or appeal which contains a <u>direct </u>threat to the life or safety of any person, you will receive an infraction.

Per WAC 137-28, any grievance staff finding a direct threat to the life or safety of any person in a complaint, grievance, or appeal shall initiate the disciplinary process.  Because of the possible urgency of the matter, pre-approval of the infraction by the superintendent/work release supervisor is not required.

Complaints containing direct threats from offenders on community supervision must be referred to the supervising community corrections officer.

**Abuse by Quantity**

**Over the limit**

You must not submit more than five (5) new complaints per calendar week and are limited to five (5) ACTIVE grievances.  If you deliberately flood the grievance system with many and repeat complaints, you may receive corrective action.

If you withdraw five (5) or more formal grievances/appeals within one calendar year in order to initiate new formal grievances, you may be subject to an infraction for interfering with the duties of staff.

<u>First violation</u>

The grievance coordinator will issue a written warning documenting the abuse and stating that subsequent violations may result in you either being placed on grievance abuse status or issued an infraction for interfering with the duties of staff.

<u>Second and subsequent violations</u>

The grievance coordinator may submit objective documentation to the superintendent/ work release supervisor and request that either you be placed on grievance abuse status or infracted for interfering with the duties of staff.

## Grievance Abuse Status

If the superintendent/work release supervisor approves placing you on abuse status, he/ she will advise you in writing and inform you that the status will be in effect for ninety (90) working days from the date of the superintendent/work release supervisor's memo.

All new complaints received during a calendar week which are over the authorized limit of five (5) per week will automatically be deemed not grievable and a copy of the form will be returned to you with a written explanation as to why the grievances were rejected.  Such complaints will be encoded and entered into the management information system as documentation of the abuse.

The grievance coordinator will forward to the Grievance Program Manager a copy of the approving memo from the superintendent/work release supervisor along with copies of the documentation utilized by the administrator in reaching that decision.

The Grievance Program Manger will update the appropriate management information system grievance screen and route the packet to the appropriate regional administrator, who may concur with or overturn the superintendent/work release supervisor's decision.

| IMPORTANT:   Placement on grievance abuse status is not grievable. |
| --- |

<u>Infraction</u>: The superintendent/work release supervisor may choose to authorize an infraction for interfering with the duties of staff in lieu of placing you on abuse status.  This decision will be made utilizing objective documentation supplied by the grievance coordinator and cannot be grieved or appealed to the Grievance Program Manager or DOC administrators.  If found guilty and that decision is upheld on appeal, the grievance coordinator shall make the appropriate notation in the infraction field on the appropriate management information system screen.

Complaints accepted and processed by grievance staff as legitimate emergency grievances as defined in this manual shall not be considered when making a decision to either infract or place an offender on grievance abuse status.

Such an infraction must be authorized by the superintendent/work release supervisor prior to its being written and served and must be based on objective evidence provided by grievance staff.

> **IMPORTANT:**  Staff will not use the grievance system as a disciplinary procedure.

## HOW CAN I MAKE SUGGESTIONS/CHANGES TO THE OFFENDER GRIEVANCE PROGRAM?

The grievance coordinator will post notices in <u>January</u>, <u>April</u>, <u>July</u>, and <u>October</u> soliciting comments about the grievance procedure from staff and offenders.  The Grievance Coordinator will forward comments received to the Superintendent, with copies to the Grievance Program Manager who will consider whether changes to local or Department processes are necessary.

You may also write the Grievance Program Manager with changes/suggestions to the Offender Grievance Program policies and procedures.  Be sure to clearly state and describe your changes/suggestions.

## HOW ARE GRIEVANCE DOCUMENTS MAINTAINED, ARCHIVED/STORED AND DISPOSED?

### Maintenance
Grievance coordinators will maintain grievance documents locally for the present calendar year plus the previous two (2) calendar years.  The Grievance Program Office will maintain all grievance documents for six (6) consecutive years from the initial complaint date.  The master grievance file is that file contained in the Department of Corrections' Liberty™ database.

### Archived
Grievance staff will archive grievance documents in accordance with the approved agency retention schedule.

The Grievance Program Office will archive or store master grievance files concerning select issues, such as exposure to asbestos, for the period of time established by law or Washington Administrative Code.

### Disposal
Staff will dispose of local grievance documents only after receipt of written authorization and direction from the DOC Grievance Program Manager.

Staff will destroy duplicate records according to State and Federal law.

# WHAT ABOUT LITIGATION?

The intent of Offender Grievance  is to assist offenders in resolving issues at the lowest level of the process to reduce the burden of offender litigation on the courts.

## REQUESTS FOR CLIENT ADVICE

The Grievance Program Manager can initiate a request for client advice when a grievance at any level pertains to a potentially sensitive legal issue.

The Grievance Program Manager makes such requests in writing and outlines the issues involved, questions to be answered, and establishes a response due date.  They also provide pertinent grievance documents with the request.

The superintendent, work release supervisor or their designee can initiate local requests for client advice that involve grievances.  They should provide a copy of the request to the Grievance Program Manager in order to avoid duplicate requests.  They should also forward a copy of the response from the Assistant Attorney General to the Grievance Program Manager when complete.

## ASSISTANT ATTORNEY GENERAL REQUESTS FOR GRIEVANCE INFORMATION

When the Department of Corrections receives notice of offender litigation filed against the agency, staff must assist Assistant Attorney General Divisions in preparing the department's legal defense.

Assistant Attorney General (AAG) Divisions can request that the Grievance Program Office staff provide copies of grievance documents or other information essential to a case.  AAG staff can make initial requests by telephone, followed by a written request and accompanied by a copy of the litigation if necessary.  The request should specify the documents needed and establish a due date.

AAG staff must send all requests to the Grievance Program Manager (not the local grievance coordinator), who will review the request and coordinate the gathering of grievance information.  If the request is unduly burdensome on Grievance Program Office staff time, the Grievance Program Manager will discuss the matter and possible relief with the Assistant Attorney General assigned to the case.

## WHAT ARE THE GRIEVANCE PROGRAM STAFF ROLES AND RESPONSIBILITIES?

**Grievance Program Manager**

- Establish dates for development and implementation of each local grievance system.

- Determine specific responsibility of the facility superintendent/supervisor in the implementation and operation of the grievance system.

- Provide specific direction for the facility superintendent/supervisor in the development of local written grievance procedures.

- Ensure that the facility superintendent/supervisor designates a staff person as grievance coordinator for the facility.

- Develop and distribute a standard grievance form for each level of review.

- Establish and monitor a management information system for each facility.

- Provide training for grievance coordinators in grievance policy, procedure, and data entry  into management information system.

- Ensure statistical reports are available to administrators that show for a given timeframe the number of grievances filed, types of grievances submitted, level of disposition, type of disposition and issues grieved.

- Review local grievance procedures for compliance with department standards.

- Transmit documents, decisions, recommendations, and other grievance-related material to all facilities.

- Ensure that each local grievance procedure is evaluated as needed.

- Establish a system by which operations within the Grievance Program Office may be audited at least biennially.

- Request client advice from the Assistant Attorney General Division on legally sensitive issues.

- Ensure distribution of the DOC Grievance Manual to appropriate department administrators.

- Monitor availability of the DOC Grievance Manual at each site in designated locations for reference by offenders and staff.

**Superintendent/Work Release Supervisor**

- Appoint the Grievance Coordinator who, while in the performance of their grievance duties, reports directly to the Superintendent or work release supervisor.

- Designate staff members to serve as alternate Grievance Coordinator during prolonged absences (annual leave, sick leave, etc.) of the regularly assigned coordinator.

- Designate certain staff members to process emergency grievances during the normal off-duty hours (at night, weekends, etc.) of the Grievance Coordinator.

- Ensure that the Grievance Coordinator, alternate Grievance Coordinator(s), staff designated to process emergency grievances, assigned investigators, and staff appointed to grievance committees receive adequate training.

- Ensure that necessary clerical support is available to the Grievance Coordinator.
- Ensure that the Grievance Coordinator, alternate Grievance Coordinator(s) and, where appropriate, grievance clerical support staff have the proper identification codes to access management information system grievance screens and reports.

## Grievance Coordinator

- Coordinate operation of the local grievance procedure and it's compliance with DOC Policy 550.100 and this manual.
- Must ensure that competent staff investigate and document each complaint to the extent necessary to understand the problem fully and to prepare an accurate and fair response.
- Consult with appropriate staff when change appears warranted in policies, procedures, and practices and submit recommendations to the proper authority.
- Distribute complaint forms.
- Type grievances on proper forms.
- Coordinate investigations.
- Adhere to established timeframes.
- Ensure confidentiality of grievance records.
- Provide written and oral grievance orientation to offenders and staff.
- Generate and distribute required reports.

## Community Corrections Officer/Grievance Program Specialist

- Ensure offenders are provided with an introduction to the grievance procedures upon intake.
- Receive all complaints and appeals directly from offenders or those forwarded by field office staff.
- Determine grievability and type of grievance.
- Code the complaint and ensure data entry into the management information system.
- Ensure processing of formal grievance and paperwork.
- Coordinate the investigation and response with field staff.
- Respond to routine grievances at Level I.
- Refer Staff Conduct/Reprisal (Retaliation) grievances directly to the field administrator.

## DEFINITIONS

*ABUSE OF THE GRIEVANCE PROGRAM:* A grievant's deliberate flooding of the grievance system with many and repeat complaints and/or continuing through the entire appeal process with grievances that were resolved in the grievant's favor at a lower level. A determination of abuse will be based on the <u>quantity</u> of complaints submitted, not the quality of individual complaints except those of a threatening or malicious nature. Specific, time-limited restrictions may be applied in cases of abuse.  Infractions may also be issued for abuse of the grievance mechanism.

*APPEAL:* Submission of the formal grievance, through the grievance coordinator, to a higher level of review when the grievant is dissatisfied with a response at a lower level.

*APPEAL OF NONGRIEVABLE ISSUES:* A coordinator's decision that a complaint is not grievable may be appealed to the Grievance Program Manager/designee for review. The review will determine grievability <u>only,</u> not the merits of the issue. The Grievance Program Manager/designee may uphold the coordinator's decision or reverse it, causing a formal grievance to be initiated.

*COMMUNITY CORRECTIONS OFFICE:* A local corrections office from which offenders in the area on community supervision status are supervised.

*COMPLAINT:* Written notification from the grievant to the grievance coordinator that details a specific issue or action affecting the grievant personally and about which the grievant desires to file a formal grievance.

*EMERGENCY GRIEVANCE:* Emergency grievances are complaints that involve a potentially serious threat to the life or health of an offender or staff member, relate to severe pain being suffered by the offender, or that involve a potential threat to the orderly operation of a facility, and its resolution would be too late if handled through routine administrative or grievance channels.

*FACILITY:* A prison, pre-release facility, or work release where convicted felons are housed by the Department of Corrections.

*FACILITY SUPERVISOR:*  A person directly responsible to over-see the operations of a work release facility.

*FIELD ADMINISTRATOR:*  A person directly responsible to over-see the operations of several local community corrections offices.

*GRIEVANCE:* A <u>typed</u>, formalized version of a complaint that has been signed and dated by the grievant and the grievance coordinator. Official grievance timeframes commence on the date the initial grievance is signed by the grievance coordinator.

Level I – the first level of a formal grievance

Level II – the first appeal level if dissatisfied with the Level I response and initial.

Level III – the second and final appeal level if dissatisfied with Level I and II responses.

*GRIEVANCE COORDINATOR:*   Appointed by and responsible to the appropriate Superintendent or work release supervisor for the operation of the local grievance procedure and for its compliance with DOC Policy 550.100 and the departmental Grievance Procedure Manual.

*GRIEVANCE PROGRAM MANAGER:* A person under the supervision of the Deputy Director Prisons Command A who has statewide responsibility for the Offender Grievance Program.

*GRIEVANT:* An aggrieved offender.

*LOG ID NUMBER:*  Also called a grievance number.  A unique, seven-digit number assigned to a specific complaint and subsequent paperwork associated with that complaint.  The first two digits of the number reflect the year in which the complaint was received.

*MALICIOUS GRIEVANCE:* A complaint or grievance in which the grievant causes or attempts to cause an innocent person to be penalized or proceeded against by lying to a staff member.

*MANAGEMENT INFORMATION SYSTEM (MIS):* The department's computerized system written specifically by department staff for the electronic storage and retrieval of offender information.

*OFFENDER:* An individual confined in a prison, pre-release, or work release facility, or who is on community supervision.

*OFFENDER GRIEVANCE PROGRAM:* An internal grievance and appeal system that promotes proper and effective communication between staff and offenders in an effort to resolve issues at the lowest possible level.

*RCW:* Revised Code of Washington.

*REPRISAL (RETALIATION) GRIEVANCE:* A grievance alleging retaliation by a specific, <u>identified</u> staff member as a result of the grievant's good faith use of or good faith participation in the Offender Grievance Program.

*ROUTINE GRIEVANCE:* A grievance against a policy or procedure, application of policy or procedure, lack of a policy or procedure, or the actions of another offender.

*STAFF:* Employees of the Department of Corrections, volunteers, and providers of contracted services over which the department has jurisdiction.

*STAFF CONDUCT GRIEVANCE:* A grievance against a specific, <u>identified</u> employee, contract staff, or volunteer under jurisdiction of the local facility or community corrections office, for alleged inappropriate demeanor, language or actions.

*SUPERINTENDENT:* A person directly responsible to over-see the operations of a prison or pre-release facility.

*THREATENING GRIEVANCE:* A complaint, grievance or appeal which contains a <u>direct</u> threat to the life or safety of any person or to the orderly operation of a facility.

*WAC:* Washington Administrative Code.

# GRIEVANCE FORMS

| | |
|---|---|
| Offender Complaint Form | DOC 05-165 |
| Offender Complaint Form (Spanish) | DOC 05-165S |
| Level I - Initial Grievance Form | DOC 05-166 |
| Appeal to Level II Form | DOC 05-168 |
| Appeal to Level III Form | DOC 05-169 |
| Staff Conduct Grievance Form | DOC 05-170 |
| Notification of Time Extension Form | DOC 05-171 |
| Assigned Investigator's Instructions Form | DOC 05-311 |
| Notification of Staff Conduct/Reprisal Grievance | DOC 20-303 |