UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD LYLE STRATTON,

              Plaintiff,

  v.

DALE BROWN,

              Defendant.

No. C09-5571 RJB/KLS

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

Before the Court is Plaintiff's motion for an extension of time to respond to Defendants' motion to dismiss. ECF No. 80. Defendants' motion to dismiss was noted for December 21, 2012. ECF No. 77. Plaintiff did not request his extension until February 11, 2013. ECF No. 80. However, Plaintiff states that he was released from prison on October 28, 2012, moved to another residence on February 5, 2013, has had no access to legal research material, has been working full-time since January 4, 2013, and is completing his Department of Corrections' supervisory requirements. *Id.*

Although Plaintiff's motion for extension (ECF No. 80) is noted for March 1, 2013, the Court finds that the motion is in good faith and that the requested extension should be granted.

Accordingly, it is **ORDERED:**

(1)    Plaintiff's motion for extension of time (ECF No. 80) is **GRANTED.**

(2)    Plaintiff shall file his response to Defendants' motion to dismiss (ECF No. 77) **on or before March 18, 2013.** Defendants may file their reply **on or before March 22, 2013.** The Clerk is directed directed to **re-note** Defendants' motion to dismiss (ECF No. 77) for **March 22, 2013.**

ORDER - 1

(3) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 13th day of February, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2