# Venues of Care Directory

Off-site specialty care must be provided by a provider contracted with DOC unless:

- The needed service is not available with a contracted provider in a timely manner AND an emergency exists OR

- The specific service and location have been authorized by CRC or other authorizing mechanism described in the OHP

If it is necessary to use an off-site specialty provider who is not contracted with DOC, the DOC Health Services Contracts Specialist must be notified as soon as possible in order to attempt to agree on a contract for the service to be provided.

Outside hospital care must be delivered at one of the following locations unless:

- The needed service is not available at any of these hospitals in a timely manner AND an emergency exists OR

- The specific service and location have been authorized by CRC or other authorizing mechanism described in the OHP.

If it is necessary to use a hospital not listed below, the DOC Health Services Contracts Specialist must be notified as soon as possible in order to attempt to agree on a contract for the service to be provided.

## Contract Hospitals (rev: 4-8-11)

- Allenmore Hospital, Tacoma
- Capital Medical Center, Olympia
- Deaconess Medical Center, Spokane
- Forks Community Hospital, Forks
- Grays Harbor Community Hospital, Aberdeen
- Harborview Medical Center, Seattle
- Harrison General Hospital, Bremerton
- Holy Family Hospital, Spokane
- Kadlec Medical Center, Richland
- Lourdes Medical Center, Pasco
- Mason General Hospital, Shelton
- Olympic Medical Center, Port Angeles
- Providence Centralia Medical Center, Centralia
- Providence Everett Medical Center, Everett
- Providence St. Peter Hospital, Olympia
- Sacred Heart Medical Center, Spokane
- St. Anthony Hospital, Gig Harbor
- St. Clare Hospital, Tacoma
- St. Joseph Hospital, Tacoma
- St. Mary Medical Center, Walla Walla
- Tacoma General Hospital, Tacoma
- University of Washington Medical Center, Seattle
- Valley General Hospital, Monroe
- Valley Hospital and Medical Center, Spokane
- Walla Walla General Hospital/Adventist Health, Walla Walla
- Yakima Valley Memorial Hospital, Yakima

Stratton v. Hall, et al.
DEFS - 55