# ABERDEEN FIRE DEPT. PATIENT CARE REPORT
700 W. MARKET STREET • ABERDEEN, WA 98520

| Dept. | Date | |
|---|---|---|
| 14M01 | 8/17/08 | 53109 |

**Patient Name** Last: STRATTON First: DONALD MI: —
Sex: (M) / F  Age: 19  Birthdate: 7/30/88
**Patient Address:** 191 CONSTANTINE WY
City: Aberdeen (X)  State: WA (X)  Zip: 98520
S.S. #: —
Insurance: __ MEDICARE __ MEDICAID __ PRIVATE INS.
Phone #: —

**Incident Location (if different than above):**
**Responsible Party:**

| 9-1-1 # | Dispatched | Responding | On Scene | Transporting | At Facility | Clear | Shift |
|---|---|---|---|---|---|---|---|
| AF2939 | 2107 | | | | | | 1 |

| Unit # | Crew #1 | Crew #2 | Crew #3 | Unit # | Crew #1 | Crew #2 | Crew #3 |
|---|---|---|---|---|---|---|---|
| 7242 | KNODEL | COUT | GOULDING | | | | |

**Allergies:** ✓ NKDA
**Medications:** 20 LOFT _(list / meds given to receiving nurse)_

**Medical Hx:** __ HTN __ IDDM __ NIDDM __ MI __ Angina __ CHF __ COPD __ Asthma __ CVA __ Sz __ GI Ulcers __ Hepatitis __ TB  Other: ADHD

**Chief Complaint:** (Historian: __ Patient __ Family __ By-stander __ Nurse __ Doctor __ Other ____)

DSO → Assault victim. On scene → 19 y/o ♂ c̄ c/o of being assaulted by one guy who hit pt c̄ 50x and about (2) kicks → All to pt's head, ⊕ LOC pt does not remember the whole event → All info per SCLC staff who watched the video. Pt's head hurts c̄ some associated nausea. Denies neck/back or any other pain/discomfort; ∅ deformities noted c̄ palp.

## PHYSICAL EXAM

| Time | BP | PULSE | RESP. | SaO₂ | BSL |
|---|---|---|---|---|---|
| 2135 | 117/74 | 78 | 14 | — | 95 |
| 2155 | 113/59 | 83 | 14 | — | — |

**Distress:** __ no acute __ moderate __ severe  **Pain:** __/10

**HEENT**
- ✓ tongue midline
- ✓ PERRLA
- __ scleral icterus / pale conjuctivae

**NECK**
- ✓ nml. Inspection
- __ JVD

**RESPIRATORY**
- ✓ no resp. distress
- ✓ breath sounds nml.
- ✓ chest non-tender
- __ wheezes __ rales __ rhonchi __ no breath sounds

**CVS**
- ✓ regular rate, rhythm
- __ irregularly irregular rhythm
- __ extrasystoles (occ. / frequent)
- __ tachycardia / bradycardia

**ABDOMEN**
- ✓ non-tender
- __ tenderness __ guarding __ rebound

**BACK**
- ✓ nml. Inspection
- __ CVA tenderness (R/L)

**SKIN**
- ✓ color nml.
- ✓ warm, dry
- __ cyanosis / diaphoresis / pallor

**EXTREMITIES**
- ✓ full ROM
- ✓ no pedal edema
- __ pedal edema
- __ capillary refill > 2 sec.

**NEURO/PSYCH**  GCS: 15
- ✓ oriented x3
- ✓ mood/affect nml.
- ✓ no motor/sensory deficit
- __ disoriented to: person / place / time
- __ depressed affect
- __ facial droop (R/L)
- __ weakness / sensory loss

_(Body diagram with notes: pain, numbness all over and a couple of swollen areas to pt's face)_

A = abrasion, B = burn, C = contusion, D = deformity, L = laceration, T = tender

**IMPRESSIONS:** CLOSED HEAD INJURY

**PLAN:**
- __ O₂ (NC / NRB / ET ____ mm oral / nasal ____ L/min.)
- __ EKG (__ 12 lead) __ CPR
- ✓ IV (18 gauge, Site: AC / forearm / hand / other ____ L/R)
- __ NaCl lock __ NaCl drip (TKO/FC ____ ml) __ blood draw __ Dexi stick
- ✓ C collar ✓ LB ✓ HID __ Extricate
- __ Bandage __ Splint __ Control bleed __ MAST
- __ Med. Admin. (see reverse side)
- **Trans:** ✓ With straps X3 __ Not necessary __ POV __ Leave in care of family / friend

I Refuse Ambulance Transport Against Medical Advice.
Signature: _(signed)_
Signature: _(signed)_

Pt given copy of NPP — Pt initials: _____
First Resp. / EMT / PMP



## STATE OF WASHINGTON
### DEPARTMENT OF CORRECTIONS
OFFICE OF CORRECTIONAL OPERATIONS
191 Constantine Way, MS WA-39 - Aberdeen, Washington 98520
(360) 537-1800
FAX: (360) 537-1807

## DIGITAL PHOTOS - EVIDENCE

| INCIDENT | LOCATION OF INCIDENT | DATE & TIME OF INCIDENT |
|---|---|---|
| Under Investigation | H2 B Pod | 08/17/08 2006 |

| DATE OF PHOTO(S) | LOCATION PHOTO(S) TAKEN | PHOTO(S) TAKEN BY |
|---|---|---|
| 08/17/08 | Lower Medical | C/O 2 Strandberg |

| SUSPECT(S) | SUSPECT(S) DOC # | SUSPECT(S) | SUSPECT(S) DOC # |
|---|---|---|---|
| Stratton, Donald | 313710 | | |





## STATE OF WASHINGTON
### DEPARTMENT OF CORRECTIONS
OFFICE OF CORRECTIONAL OPERATIONS
191 Constantine Way, MS WA-39 - Aberdeen, Washington 98520
(360) 537-1800
FAX: (360) 537-1807

## DIGITAL PHOTOS - EVIDENCE

| INCIDENT | LOCATION OF INCIDENT | DATE & TIME OF INCIDENT |
|---|---|---|
| Under Investigation | H2 B Pod | 08/17/08  2006 |

| DATE OF PHOTO(S) | LOCATION PHOTO(S)S TAKEN | PHOTO(S) TAKEN BY |
|---|---|---|
| 08/17/08 | Lower Medical | C/O 2 Strandberg |

| SUSPECT(S) | SUSPECT(S) DOC # | SUSPECT(S) | SUSPECT(S) DOC # |
|---|---|---|---|
| Stratton, Donald | 313710 | | |





## STATE OF WASHINGTON
### DEPARTMENT OF CORRECTIONS
OFFICE OF CORRECTIONAL OPERATIONS
191 Constantine Way, MS WA-39 - Aberdeen, Washington 98520
(360) 537-1800
FAX: (360) 537-1807

## DIGITAL PHOTOS - EVIDENCE

| INCIDENT | LOCATION OF INCIDENT | DATE & TIME OF INCIDENT |
|---|---|---|
| Under Investigation | H2 B Pod | 08/17/08 2006 |

| DATE OF PHOTO(S) | LOCATION PHOTO(S) TAKEN | PHOTO(S) TAKEN BY |
|---|---|---|
| 08/17/08 | Lower Medical | C/O 2 Strandberg |

| SUSPECT(S) | SUSPECT(S) DOC # | SUSPECT(S) | SUSPECT(S) DOC # |
|---|---|---|---|
| Stratton, Donald | 313710 | | |

