UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD LYLE STRATTON,<br><br>            Plaintiff,<br><br>    v.<br><br>DALE BROWN,<br><br>            Defendant. | No. C09-5571 RJB/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. 84).

(2) Defendants' Motion to Dismiss (ECF No. 77) is **GRANTED;** Plaintiff's claims against Dale Brown are **Dismissed Without Prejudice.**

(3) Although Plaintiff's Complaint lists "Jane and John Does," he has failed to make any claims against, or name, these individuals. Accordingly, there being no remaining claims or named parties, this case is **Closed**.

(4) The Clerk is directed to send copies of this Order to Plaintiff, Defendant Brown, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 13th day of May, 2013.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1